UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-10389-RWZ

PATRICK GANNON

v.

MEDTRONIC, INC.

ORDER

NOVEMBER 7, 2017

ZOBEL, S.D.J.

    The court regrets having failed to observe the deadline for filing an opposition under Local Rule 7.1(b)(2). Having reviewed the opposition (Docket # 28), I nonetheless adhere to my previous order (Docket # 27) ALLOWING, without prejudice, defendant's motion to dismiss (Docket # 10).

   November 7, 2017                           /s/Rya W. Zobel

       DATE                                    RYA W. ZOBEL
                                            SENIOR UNITED STATES DISTRICT JUDGE